## Ziemba, Appellant, *v.* Hagerty.

Argued November 9, 1971. *Paul A. Simmons*, with him *Hormell, Tempest, Simmons, Bigi & Melenyzer*, for appellant; *John C. Carlin, Jr.*, with him *H. Fred Mercer*, and *Mercer, Buckley, Sharlock & Repcheck*, for appellee.

Order affirmed.

SPAULDING, J., absent.